**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ANTHONY D. GARLAND,
D.O.C. # L42997,**

    **Plaintiff,**

vs.                                                      **Case No. 4:10cv67-SPM/WCS**

**RE: OBSTRUCTION OF MAIL,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, submitted to the Clerk of this Court, an "initiative complaint" in which he requests the United States Marshal provide assistance to him for allegations of mail tampering in the mail room of the Florida State Prison. Doc. 1. The Court is not an intermediary between a citizen wishing to make a complaint and the United States Marshal's Service. Moreover, to the degree Plaintiff wishes to style this as a complaint to address violations of his First Amendment rights, this case cannot proceed.

Plaintiff has had more than three cases dismissed under 28 U.S.C. § 1915(e) and is, therefore, not entitled to proceed *in forma pauperis* in federal court pursuant to

28 U.S.C. § 1915(g).  *See* cases 4:08cv580-RS/WCS and 4:09cv358-SPM/WCS in this Court; and cases 08cv1020 and 08cv61054 were dismissed as frivolous by the Southern District of Florida, as well as case 08cv61052 which was dismissed for failure to state a claim.

Considering that Plaintiff did not submit a motion seeking leave to proceed *in forma pauperis*, nor did he submit payment of the filing fee at the time he submitted his "initiative complaint," doc. 1, this case should be dismissed under 28 U.S.C. § 1915(g). That statute provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).  Plaintiff's allegations of mail tampering do not bring him within the "imminent danger" exception.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** as Plaintiff is not entitled to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), and did not pay the filing fee at the time of case initiation, and that the Clerk be directed to note on the docket that this case was dismissed under 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on March 4, 2010.

      s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**