IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. GARLAND,
D.O.C. # L42997,

    Plaintiff,

v.                                  CASE NO. 4:10cv67-SPM/WCS

BROWARD SHERIFFS OFFICERS,
et al.,

RE: OBSTRUCTION OF MAIL

    Defendants,
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 4) dated March 4, 2010. Plaintiff has filed objections (doc.5) pursuant to Title 28, United States Code, Section 636(b)(1).

Plaintiff explains that he did not intend to file a lawsuit with the court and that he intended to send a complaint to the United States Marshal. By sending his complaint to the court, however, it appeared that Plaintiff was trying to file a lawsuit. To avoid confusion in the future, Plaintiff should not send documents to the court for forwarding to law enforcement agencies. If Plaintiff wishes to report

violations of the law to law enforcement agencies, he should contact the law enforcement agencies and not the court.

I have determined that the report and recommendation should be adopted. As a private individual, Plaintiff cannot prosecute a criminal case. See O'Berry v. State Attorney's Office, 241 Fed. Appx. 654, 657 (11th Cir. 2007); Davit v. Davit, 173 Fed. Appx. 515, 518 (7th Cir. 2006). Furthermore, Plaintiff has three strikes and therefore cannot proceed with this case without prepayment of the filing fee.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed pursuant to 28 U.S.C. § 1915(g).

3. The clerk of court shall note on the docket that this case has been dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this 27th day of May, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge